Sandra Storm v. GMRI, Inc. d/b/a Olive Garden
Marion County Superior Court
Cause No. 49D03-2102-CT-004687

**EXHIBIT 1**

**STATE COURT RECORD**

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Sandra Storm v. GMRI, Inc.

| Case Number | 49D03-2102-CT-004687 |
| --- | --- |
| Court | Marion Superior Court 3 |
| Type | CT - Civil Tort |
| Filed | 02/10/2021 |
| Status | 02/10/2021 , Pending (active) |

## Parties to the Case

Defendant   GMRI, Inc.

**Attorney**
Ryan Joseph Sterling
*#3421249, Retained*

REMINGER CO., L.P.A.
College Park Plaza
8909 Purdue Road, Suite 200
Indianapolis, IN 46268
317-663-8570(W)

Plaintiff   Storm, Sandra

**Attorney**
Keith Gerald Blazek
*#2079749, Retained*

7550 S Meridian ST
STE C-1
Indianapolis, IN 46217
317-881-2700(W)

## Chronological Case Summary

| 02/10/2021 | **Case Opened as a New Filing** | |
| --- | --- | --- |

| 02/10/2021 | **Complaint/Equivalent Pleading Filed** | |
| --- | --- | --- |
| | Complaint for Damages | |
| | Filed By: | Storm, Sandra |
| | File Stamp: | 02/10/2021 |

| 02/10/2021 | **Appearance Filed** | |
| --- | --- | --- |
| | Appearance of Keith Blazek | |
| | For Party: | GMRI, Inc. |
| | File Stamp: | 02/10/2021 |

| 02/10/2021 | **Subpoena/Summons Filed** | |
| --- | --- | --- |
| | Summons to GMRI | |
| | Filed By: | Storm, Sandra |
| | File Stamp: | 02/10/2021 |

03/11/2021     **Appearance Filed**

       Appearance for Defendant GMRI, Inc. d/b/a Olive Garden

       For Party:           GMRI, Inc.

       File Stamp:       03/11/2021

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Storm, Sandra

Plaintiff

**Balance Due** (as of 03/11/2021)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 02/10/2021 | Transaction Assessment | 157.00 |
| 02/10/2021 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

**49D03-2102-CT-004687**

Marion Superior Court 3

Filed: 2/10/2021 3:06 PM
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION COUNTY COURT |
| | )ss: | |
| COUNTY OF MARION | ) | CAUSE NO. |

SANDRA STORM,  )
)
    Plaintiff,  )
)
    v.  )
)
GMRI, INC. d/b/a  )
OLIVE GARDEN,  )
)
    Defendant.  )

## COMPLAINT FOR DAMAGES

COMES NOW the plaintiff, SANDRA STORM, by counsel, and for her Complaint against the defendant, GMRI, INC. d/b/a OLIVE GARDEN (hereinafter "Olive Garden"), alleges and states:

### COUNT I

1.    That at all times relevant to this complaint, the plaintiff, SANDRA STORM was a resident of Beech Grove Marion County, Indiana.

2.    That at all times relevant to this Complaint, the defendant, OLIVE GARDEN was a foreign corporation doing business within Indianapolis, Indiana with its principal place of business of 1000 Darden Center Dr., Corporate Tax Dept., Orlando, FL 32837. The defendant, OLIVE GARDEN owned and operated a restaurant located at 8155 E. Washington St., Indianapolis, Indiana and was doing business as OLIVE GARDEN.

3.    That on or about February 13, 2019, the plaintiff, SANDRA STORM, was an invitee and was properly present upon the said property of the defendant and was injured when she tripped and fell due to a rug or carpet that was not properly attached on the floor of the premises.

Page 1 of 2

4.      That the defendant, OLIVE GARDEN owed a duty to the plaintiff, SANDRA STORM in each of the following nonexclusive list of particulars:

     a. To properly maintain its premise

     b. To provide proper safety equipment and to maintain same.

     c. To warn of latent defects.

5.      That defendant, OLIVE GARDEN breached all its said duties owed to the plaintiff; and further, that each said breach constitutes negligence.

6.      That as a proximate result of the defendant's negligence, the plaintiff, SANDRA STORM was physically injured and damaged, has endured physical pain, suffering and mental anguish; will endure physical pain, suffering and mental anguish in the future, has been prevented from attending to her usual activities; has incurred expenses for medical care; will incur additional medical expenses in the future; was permanently injured and incurred property damage.

WHEREFORE, the plaintiff, SANDRA STORM, by counsel, prays for a judgment against the defendant, GMRI, INC. d/b/a OLIVE GARDEN in a sum sufficient to compensate her for her injuries and damages, for the costs of this action, and for all other relief just and proper in the premises.

     Respectfully submitted,

     CRAVEN HOOVER BLAZEK, P.C.

     Keith G. Blazek, #20797-49
     Attorney for Plaintiff
     7550 South Meridian Street, Suite C-1
     Indianapolis, Indiana  46217
     Phone: (317)881-2700 Fax: (317)885-4884

**49D03-2102-CT-004687**

Marion Superior Court 3

Filed: 2/10/2021 3:06 PM
Cler
Marion County, Indian

| STATE OF INDIANA | ) | MARION COUNTY COURT |
| | )ss: | |
| COUNTY OF MARION | ) | CAUSE NO. |

SANDRA STORM,          )
                       )
    Plaintiff,         )
                       )
    v.                 )
                       )
GMRI, INC. d/b/a       )
OLIVE GARDEN,          )
                       )
Defendant.             )

## TRIAL RULE 3.1 and E-FILING APPEARANCE

COME NOW the Plaintiff, by counsel, for his Trial Rule 3.1 Appearance, and shows

the Court as follows:

1.    <u>Name, address and telephone number of the initiating party or parties to the</u>
<u>proceeding</u>:
    Name: Sandra Storm

2.    <u>Name, address, attorney number, telephone number, FAX number, and</u>
<u>computer address of any attorney representing the initiating party, as applicable</u>:

Keith G. Blazek
CRAVEN, HOOVER & BLAZEK, P.C.
7550 South Meridian Street, Ste.C-1
Indianapolis, Indiana  46217
Attorney Number:    20797-49
Telephone Number: (317) 881-2700
Fax Number:         (317) 885-4884
Computer Address:  kblazek@chblawfirm.com

(a)  The undersigned certifies that the contact information listed on the Indiana
Supreme Court Roll of Attorneys  is current and accurate as of the date the
appearance is filed;

(b)  The undersigned acknowledges that orders, opinions, and notices, and all
documents served under Trial Rule 86(G) will be sent to the attorney at the
email address(es) on the Roll of Attorneys regardless of other contact
information supplied by the attorney; and

(c)  The undersigned acknowledges that each attorney listed on the appearance is solely responsible for keeping his/her Roll of Attorneys contact information accurate per Ind. Admis. Disc. R. 2(A).

3.      The case type of the proceeding [Administrative Rule 8(B)(3)]:
            CIVIL TORT

4.      This case involves child support issues. Yes _____  No ___ X_

5.      This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes _____  No ___ X_

6.      This case involves a petition for involuntary commitment. Yes ___ No ___ X_

7.      There are related cases: Yes _____  No ___ X_

8.      Additional information required by local rule: Not applicable

9.      There are other party members: Yes _____ No ___ X_

10.     This form has been served on all other parties and Certificate of Service is attached:  Yes_ X_ No___



                        Respectfully Submitted,

                        CRAVEN, HOOVER & BLAZEK, P.C.


                        _____
                        Keith G. Blazek # 20797-49
                        Attorney for Plaintiff
                        7550 South Meridian Street, Suite C-1
                        Indianapolis, Indiana  46217
                        Phone:  (317)881-2700 Fax: (317)885-4884
                        kblazek@chblawfirm.com



                                                    Page 2 of 3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Trial Rule 3.1 Appearance was delivered for service upon the defendant, at the same time and in the same manner as the Complaint and Summons in this action was served upon said defendant.

CRAVEN, HOOVER & BLAZEK, P.C.

_____

Keith G. Blazek
Attorney for Plaintiff

**4 9 D 0 3 - 2 1 0 2 - C T - 0 0 4 6 8 7**       F i l e d :   2 / 1 0
                                                                    C I
M a r i o n   S u p e r i o r   C o u r t   3       M a r i o n   C o u n

| | | |
|---|---|---|
| STATE OF INDIANA | ) | MARION COUNTY COURT |
| | )ss: | |
| COUNTY OF MARION | ) | CAUSE NO. |

SANDRA STORM,                          )
                                       )
    Plaintiff,                     )
                                       )
    v.                             )
                                       )
GMRI, INC. d/b/a                       )
OLIVE GARDEN,                          )
                                       )
    Defendant.                     )

## SUMMONS

TO DEFENDANT:    GMRI, INC. d/b/a OLIVE GARDEN c/o REGISTERED AGENT
                    CORPORATE CREATIONS NETWORK, INC.
                    8520 ALLISON POINTE BOULEVARD, SUITE 220
                    INDIANAPOLIS, IN 46250

1.  You are hereby notified that you have been sued by the persons named as plaintiff and in the Court indicated above located at 200 E. Washington St., Indianapolis, IN 46204.

2.  The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiffs.

3.  An answer or other appropriate response in writing to the complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by plaintiffs.

Dated  2 / 10 / 2021 _____        _Myla A. Eldridge_____ (Seal)
                                               Clerk, Marion Circuit/Superior Court

The following manner of service of summons is hereby designated: Registered or certified mail.



Keith G. Blazek  (#20797-49)
CRAVEN HOOVER BLAZEK, P.C.
Attorney for Plaintiff
7550 S. Meridian Street, Ste. C
Indianapolis, Indiana 46217
Phone:  (317)881-2700/Fax: (317)885-4884

1

Filed: 3/11/2021 11:28 A?
Cler?
Marion County, Indian?

| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO. 49D03-2102-CT-004687 |

SANDRA STORM

       Plaintiff,

vs.

GMRI, INC. d/b/a
OLIVE GARDEN,

       Defendant.

## E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

1.    The party on whose behalf this form is being filed is:
    Initiating _____      Responding __X__    Intervening _____ ; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of party      **GMRI, INC. d/b/a OLIVE GARDEN**

2.    Attorney information for service as required by Trial Rule 5(B)(2)

    Name:    Ryan J. Sterling    Atty Number:  34212-49

    Address:  Reminger Co., LPA, College Park Plaza, 8909 Purdue Road

           Suite 200, Indianapolis, Indiana 46268

    Phone:    (317) 663-8570

    Fax:      (317) 228-0943

    Email Address:  rsterling@reminger.com

**IMPORTANT**:  Each attorney specified on this appearance:

(a)    certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)    **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys**

1

               **regardless of the contact information listed above for the attorney**; and

(c)      understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov.

3.      This is a _____CT_____ case type as defined in administrative Rule 8(B)(3).

4.      This case involves child support issues. Yes _____ No __X__ *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on* **light green paper**. *Use Form TCM-TR3.1-4.)*

5.      This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes _____ No __X__ *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)* The party shall use the following address for purposes of legal service:

        _____ Attorney's address

        _____ The Attorney General Confidentiality program address (contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

        _____ Another address (provide) _____

This case involves a petition for involuntary commitment. Yes _____ No __X__

6.      If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.      Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

b.      State of Residence of person subject to petition: _____

c.      At least one of the following pieces of identifying information:

      (i)     Date of Birth _____

      (ii)    Driver's License Number _____

              State where issued _____ Expiration date _____

      (iii)   State ID number _____

              State where issued _____ Expiration date _____

      (iv)   FBI number _____

      (v)    Indiana Department of Corrections Number _____

      (vi)   Social Security Number is available and is being provided in an attached confidential document Yes _____ No __X__

7.      There are related cases: Yes _____ No __X__ *(If yes, list on continuation page.)*

8.      Additional information required by local rule: _____

9.      There are other party members: Yes _____ No_____ *(If yes, list on continuation page.)*

10.    This form has been served on all other parties and Certificate of Service is attached:
       Yes __X__ No _____

                              Respectfully submitted,


                              ___/s/ Ryan J. Sterling_____
                              Ryan J. Sterling (34212-49)
                              REMINGER CO., LPA
                              College Park Plaza
                              8909 Purdue Road
                              Suite 200
                              Indianapolis, IN 46268
                              T: 317-663-8570
                              F: 317-228-0943
                              rsterling@reminger.com
                              *Attorney for Defendant,*
                              *GMRI, Inc. d/b/a Olive Garden*


### CERTIFICATE OF SERVICE

       I certify that on this _____11th_____ day of March, 2021, a copy of the foregoing document
was filed using the Court's Electronic Filing System.  Notice of this filing will be sent to all parties
by operation of the Court's Electronic Filing System.  Parties may access this filing through the
Court's Electronic Filing System.

Keith G. Blazek
CRAVEN HOOVER BLAZEK, P.C.
7550 South Meridian Street
Suite C-1
Indianapolis, IN 46217
*Counsel for Plaintiff*


                              ___/s/ Ryan J. Sterling_____
                              Ryan J. Sterling (34212-49)
                              REMINGER CO., LPA

3